UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAMMOND-MARTIN | CIVIL ACTION |
| VERSUS | |
| | 18-1100-SDD-SDJ |
| STATE OF LOUISIANA | |

### RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated December 9, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Motion shall be treated as a Motion to Dismiss (Rec. Doc. 15) voluntarily, pursuant to Rule 41(a)(2), and the Court hereby issues an *Order of Dismissal* without prejudice. See Fed. R. Civ. P. 41(a)(2) (Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff''s request only by court order, on terms that the court considers proper.).

Signed in Baton Rouge, Louisiana on January 8, 2021.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 17.